IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE B. SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACT. NO. 2:19-cv-927-ECM |
| | ) (WO) |
| JEFFERSON DUNN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### **O R D E R**

Now pending before the Court are the Plaintiff's motion to vacate or amend judgment (doc. 28) and motion for leave to file an amended complaint (doc. 32). Upon consideration of the motions, and for good cause, it is

ORDERED that on or before **January 29, 2021**, the Defendants shall show cause why the Court should not grant the motion to vacate judgment and permit the Plaintiff to amend his complaint.

Done this 22nd day of January, 2021.

                                             /s/Emily C. Marks
                                             EMILY C. MARKS
                                             CHIEF UNITED STATES DISTRICT JUDGE