IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE B. SMITH, III, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL CASE NO. 2:19-cv-927-ECM ) ) |
| JEFFERSON DUNN, *et al.*, | ) ) |
| Defendants. | ) ) |

**O R D E R**

Now pending before the Court is the Defendants' motion to dismiss the amended complaint (doc. 37) filed on February 1, 2021. Upon consideration of the motion, and for good cause, it is

ORDERED that the Plaintiff shall file a response to the Defendants' motion to dismiss as soon as practical but not later than **noon on February 4, 2021**. It is further

ORDERED that oral argument on **all motions pending at the time of oral argument** is set for **9:00 a.m. on February 8, 2021** in **Courtroom 2F**, United States Courthouse Complex, Montgomery, Alabama.

The Clerk of the Court is DIRECTED to provide a court reporter for this proceeding.

DONE this 1st day of February, 2021.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE