IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE B. SMITH, III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CIVIL CASE NO. 2:19-cv-927-ECM |
| JEFFERSON DUNN, Commissioner, | ) |
| Alabama Department of Corrections; *et al.*, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Before the Court is the Plaintiff's Motion to Proceed *In Forma Pauperis* on Appeal. (Doc. 51.)  The Plaintiff has appealed the Court's denial of his Emergency Motion for Stay of Execution to the Eleventh Circuit.[1]

As grounds for his motion, the Plaintiff states that his status as an indigent inmate at Holman Correctional Facility has not changed since he filed this action and was granted leave to proceed *in forma pauperis* in the district court.  (*See* Doc. 4.)  The Plaintiff requests leave to proceed *in forma pauperis* on appeal pursuant to Federal Rule of Appellate Procedure 24(a), which requires that this motion be filed in the first instance in the district court.  Federal Rule of Appellate Procedure 24(a)(2) provides that if a party had been granted leave to proceed *in forma pauperis* in the district court, "the party may proceed on

---

[1] The order which Plaintiff appeals is interlocutory.  His appeal is authorized by 28 U.S.C. § 1292(a)(1).

appeal without prepaying or giving security for fees and costs, unless a statute provides otherwise." Fed. R. App. P. 24(a)(2). In this case, the Court is unaware of any statute providing otherwise.

Accordingly, it is

ORDERED that the Plaintiff's Motion to Proceed *In Forma Pauperis* on Appeal (Doc. 51) is GRANTED.

DONE this 10th day of February, 2021.

                                       /s/ Emily C. Marks
                                       EMILY C. MARKS
                                       CHIEF UNITED STATES DISTRICT JUDGE