IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLE B. SMITH, III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:19-cv-927-ECM |
| | ) |
| JEFFERSON S. DUNN, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**O R D E R**

On June 2, 2021, the Defendants filed a Notice to the Court "to clarify the record as to Defendants' knowledge of how the election form came to be distributed to Plaintiff." (Doc. 69 at 3, para. 7). It appears to the Court from this notice and from the record that the Defendants asserted repeatedly a verifiable fact without evidentiary support. Accordingly, it is

ORDERED that **on or before August 24, 2021,** the Defendants shall show cause why the Alabama Attorney General Steve Marshall, Jefferson Dunn, and Terry Raybon should not be sanctioned pursuant to Fed. R. Civ. P. 11(b) and (c), 28 U.S.C. § 1927, or under the Court's inherent power to assess sanctions for bad faith conduct or conduct that abuses the judicial process. It is further

ORDERED that a hearing on this matter is set for **September 1, 2021 at 10:00 a.m.** in Courtroom 2A, United States Courthouse Complex, Montgomery, Alabama. The Clerk of the Court is DIRECTED to provide a court reporter for this proceeding.

DONE this 16th day of August, 2021.

                                          /s/ Emily C. Marks
                             EMILY C. MARKS
                             CHIEF UNITED STATES DISTRICT JUDGE