IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE B. SMITH, III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:19-cv-927-ECM-SMD |
| | ) |
| JEFFERSON S. DUNN, | ) |
| Commissioner, Alabama Department | ) |
| of Corrections, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Before the Court is Plaintiff's Motion to File Under Seal (Doc. 120) Exhibits 14, 15, 27, 34, 35, and 36 (Docs. 120-1 through 120-6) attached to Plaintiff's Supplemental Brief in Support of Motion for Preliminary Injunction (Doc. 119). As grounds, Plaintiff states that these exhibits should be sealed due to the sensitive information they contain.

Upon consideration, it is ORDERED that

1. Plaintiff's Motion to File Under Seal Motion to File Under Seal (Doc. 120) Exhibits 14, 15, 27, 34, 35, and 36 attached to Plaintiff's Supplemental Brief in Support of Motion for Preliminary Injunction (Doc. 119) is GRANTED.

2. Exhibits 14, 15, 27, 34, 35, and 36 to attached to Plaintiff's Supplemental Brief in Support of Motion for Preliminary Injunction (Docs. 119-14, 119-15, 119-27, 119-34, 119-35, and 119-36) SHALL BE SEALED.

DONE this 24th day of August, 2021.

/s/ Stephen M. Doyle

Stephen M. Doyle
CHIEF U.S. MAGISTRATE JUDGE