IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE B. SMITH, III, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:19-CV-927-ECM |
| JEFFERSON S. DUNN, *et al.*, | ) |
| Defendants. | ) |

**O R D E R**

On October 17, 2021, the Plaintiff filed a Notice of Appeal (doc. 171) and motion for leave to appeal *in forma pauperis* (doc. 172). Because a review of the Plaintiff's motion demonstrates that he does not have the assets necessary to pay the filing fee, the motion will be granted.

28 U.S.C. § 1915(a) provides that "[a]n appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith." The Court concludes that the Plaintiff can raise substantive issues on appeal that are not frivolous. *See Coppedge v. United States*, 369 U.S. 438, 445 (1962). Thus, the Court is of the opinion the Plaintiff's appeal is taken in good faith. Accordingly, it is

ORDERED that motion for leave to appeal *in forma pauperis* (doc. 172) is GRANTED.

DONE this 18th day of October, 2021.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE