IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE B. SMITH, III, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:19-cv-927-ECM |
| JEFFERSON S. DUNN, *et al.*, | ) |
| Defendants. | ) |

**O R D E R**

Now pending before the Court is the Office of the Alabama Attorney General Steve Marshall ("the Office") and Assistant Attorney General Lauren Simpson's ("Simpson") Motion to Stay Sanctions Pending Appeal. (Doc. 161). On October 15, 2021, the Office and Simpson filed a motion to stay the sanctions order pending appeal in the United States Court of Appeals for the Eleventh Circuit. *See* Time Sensitive Motion to Stay Sanctions Pending Appeal, In re: Office of the Alabama Attorney General *et al.*, No. 21-13514 (11th Cir. Oct. 15, 2021). On October 19, 2021, the Eleventh Circuit granted the Office and Simpson's motion. (Doc. 180). Accordingly, for good cause, it is

ORDERED that the Motion to Stay Sanctions Pending Appeal (doc. 161) is DENIED as moot.

DONE this 20th day of October, 2021.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE